# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Louis Paradiso

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: _____
District Court: 04-10231-MLW
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box): ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: Collect Unemployment
- IF YES, how much do you earn per month? $ 1300.00
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 2400.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED $ _____   SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
- VALUE $ _____   DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: Wife, Stepson

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | House Hold Bank | $ 200.00 | $ |
| | Rent | $ 700.00 mth | $ |
| | Utility Bills | $ 150.00 | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 9/28/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Louis Paradiso