UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10231-MLW

UNITED STATES OF AMERICA

v.

JEFFREY A. DEVEAU
LOUIS A. PARADISO
MICHAEL R. O'NEILL

## FURTHER ORDER ON EXCLUDABLE TIME

November 9, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 12, 2004 through November 9, 2004,

that being the date of indictment through the date of arraignment of the co-defendants Peter Maggio, William Howe, and Sean Sacco; and

November 9, 2004 through December 21, 2004,

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior orders of the court dated September 28, 2004, September 30, 2004, October 6, 2004, and this order, at the time of the Interim Status Conference on December 21, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge