IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 04-10231-MLW |
| v.  ) |  |
| PETER V. MAGGIO, III, *ET AL.* ) |  |

STATUS CONFERENCE REPORT
~~AND~~
~~MOTION TO CONTINUE STATUS CONFERENCE~~

The Government files this Status Report for this Court's consideration, and moves jointly with defendants for an Order continuing the status conference to a date convenient to this Court.

The Government submits the following:

1.  Seven defendants were indicted on August 12, 2004;

2.  All defendants appeared in this District for Initial Appearance(s).

3.  This Court scheduled a status conference for December 21, 2004.

4.  Defendant DeVeau has executed paperwork for a requested Rule 20 Transfer to the Northern District of New York for entry of guilty pleas and sentencing. The Government anticipates filing a Motion for Rule 20 Transfer.

5.  The Government provided consolidated discovery to all defendants consisting of essentially "open book" discovery.

6.  Various defense counsel have contacted the Government for plea discussions.

7.  Various defense counsel have contacted the Government and advised that additional time is necessary to review disclosure materials and/or resolve potential plea matters.

WHEREFORE, the Government and various defense counsel jointly move this Court to continue the Status Conference from December 21, 2004, to a date convenient to this Court, and to exclude the time from December 21, 2004 to the next Status Conference from the Speedy Trial Act. See 18 U.S.C. §3161(c)(1)[Speedy Trial calculation commences with initial appearance of defendant(s)]; 18 U.S.C. §3161(h)(7)[delay when defendant joined with codefendant(s) as to whom Speedy Trial has not run]; 18 U.S.C. §3161(h)(1)(F) as interpreted by the First Circuit in United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982) [exclusion during pendency of pretrial motion]; 18 U.S.C. §3161(h)(8)(A)[exclusion for continuance on court finding ends of justice served by delay outweigh interests in speedy trial].

Respectfully submitted this 21st day of December, 2004.

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                        By:   /s/ Victor A. Wild
                              VICTOR A. WILD
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA 02210
                              (617) 748-3100

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document.

_____
VICTOR A. WILD
Assistant U.S. Attorney

James M. Merberg, Esq.
66 Long Wharf
Boston, MA 02110
Attorney for Peter V. Maggio

Joseph S. Oteri, Esq.
20 Park Plaza
Boston, MA 02116
Attorney for Michael R. O'Neill

Scott P. Lopez, Esq.
24 School Street
Boston, MA 02108
Attorney for Louis A. Paradiso

Sean Sacco
21 Frost Avenue
Dorchester, MA 02122

Edward Z. Menkin, Esq.
Suite 909, 109 S. Warren St.
Syracuse, NY 13202
Attorney for Jeffrey DeVeau

Elliott M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110
Attorney for William A. Howe

Matt A. Havey
# 3, Russell Street
Malden, MA 02148

3