

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

FILED
CLERKS OFFICE
2005 APR 12 A 10:00
U.S. DISTRICT COURT
DISTRICT OF MASS

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 5, 2005

James M. Merberg, Esq.
66 Long Wharf
Boston, MA 02110

    Re:   <u>United States v. Maggio, et al.</u>
           Criminal No. 04-10231-MLW

Dear Mr. Merberg:

    Enclosed are additional discovery materials in the captioned criminal case. These materials were received from counsel for O'Connor GMC, Inc. and relate to losses in excess of $300,000 suffered by O'Connor. The losses stem from "add-on" items fraudulently financed under representations that the items would be installed upon vehicles fraudulently financed by commercial lenders identified in the Indictment.

    If you have any questions or need additional information, please contact me at your convenience [(617) 748-3145].

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

               By:   _____
                        VICTOR A. WILD
                        Assistant U.S. Attorney

Encl.
cc:   Tom Quinn
       Clerk to Magistrate Judge Dein