UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10231-MLW** |
| V. | |
| **PETER V. MAGGIO et al** | |
| Defendant(s) | |

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **INITIAL PRE-TRIAL CONFERENCE** previously scheduled for **AUGUST 5, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED for **AUGUST 5, 2005** at **2:00 PM**, in courtroom 10 on the fifth floor.

                                                          SARAH A. THORNTON
                                                          CLERK OF COURT


**July 14, 2005**                         By:    /s/ Dennis O'Leary
      Date                                              Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                           [ntchrgcnf.]
                                                                    [kntchrgcnf.]