UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )      Cr. No. 04-10231-MLW
            v.           )
                         )
PAUL MAGGIO, ET AL.      )

ORDER

WOLF, D.J.                                    August 4, 2005

    I recently ruptured my Achilles Tendon and have been directed by my doctor not to conduct court proceedings in the near future. Accordingly, the previously scheduled hearing in this matter is hereby CANCELLED and will be rescheduled when my medical situation permits.


                    /s/ MARK L. WOLF
                    UNITED STATES DISTRICT JUDGE