UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                           **CRIMINAL  CASE**

                                                            **NO. 04-10231-MLW**

V.

**PETER MAGGIO et al**
        Defendant(s)

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on <u>SEPTEMBER 26, 2005</u> at 3:00 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th floor.

                                                            SARAH A. THORNTON
                                                            CLERK OF COURT

**August 25, 2005**                    By:  **/s/ Dennis O'Leary**
        Date                                **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                            [ntchrgcnf.]
                                                    [kntchrgcnf.]