LAW OFFICE
OF
# SCOTT P. LOPEZ

24 SCHOOL STREET, 8TH FLOOR
BOSTON, MASSACHUSETTS 02108

---

TELEPHONE: (617) 742-5700
FACSIMILE: (617) 742-5715

WEBSITE: www.lopezlaw.com
EMAIL: lopez@lopezlaw.com

March 1, 2006

Dennis O'Leary,
Courtroom Clerk for the
Honorable Mark L. Wolf
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: *United States v. Maggio, et al.,*
U.S. District Court, Criminal Number 04-10231-MLW

Dear Mr. O'Leary:

As you know, I represent defendant, Louis A. Paradiso, in the above referenced matter.

Pursuant to the Court's January 31, 2006 Order, please be advised that it is Mr. Paradiso's present intention to avail himself of his constitutional right to a jury trial. Of course, if he decides otherwise between now and the time of his trial, I will let you know immediately.

Finally, I apologize for the one-day delay in submitting this letter. I was involved in a sentencing hearing before the Honorable Steven J. McAuliffe, Chief U.S. District Judge for the United States District Court for the District of New Hampshire yesterday afternoon and the hearing took much longer than I anticipated.

Please call me if you have any further questions.

Very truly yours,

/s/ Scott P. Lopez
Scott P. Lopez

Cc: Counsel of Record (electronically only)