# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-10231-MLW |
| ) | |
| PETER MAGGIO, et al, ) | |

## DEFENDANT LOUIS PARADISO'S REQUEST FOR JURY INSTRUCTIONS

Pursuant to Fed. R. Crim. P. 30, defendant Louis A. Paradiso, by and through undersigned counsel, hereby requests the Court to include the following instructions in its preliminary and final charge to the jury.

> Respectfully submitted
> By Defendant,
> LOUIS PARADISO
> By his attorney
>
>   /s/ Scott P. Lopez
> Scott P. Lopez
> Law Office of Scott P. Lopez
> 24 School Street, 8th Floor
> Boston, MA  02108
> (617) 742-5700

2

CERTIFICATE OF SERVICE

    I, Scott P. Lopez, hereby certify that on the 21st day of April, 2006, I served the within DEFENDANT LOUIS PARADISO'S REQUEST FOR JURY INSTRUCTIONS by electronic mail on the following counsel of record at the following address:

Victor Wild
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3100
Victor.Wild@usdoj.gov

    /s/ Scott P. Lopez
    Scott P. Lopez

2