UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
**UNITED STATES OF AMERICA**            )
                                        )
    v.                                  )        **CR. NO.: 04-10231-MLW**
                                        )
**LOUIS PARADISO, et. al**              )
_____)

## JURY QUESTIONNAIRE

**A.   BACKGROUND**

NAME: _____

(If married, full name of your spouse) _____

ACTUAL ADDRESS: _____

DATE OF BIRTH: _____

    1. What is your present occupation or profession?

    _____

    2. Is this your usual occupation or profession?  If not, what is?

    _____

    3. If you are employed, how long have you been at your present job or occupation?

    _____

    4. Do you have a part-time job?  If so, what is it?

    _____

    5. State your occupation for the past five years, beginning with your most current.  If you are retired or unemployed, state the date of your retirement/unemployment and

indicate your occupation for the five years preceding your retirement/unemployment.

Briefly describe your functions as to each employment during the five-year period.

| JOB TITLE/ CLASSIFICATION | JOB DESCRIPTION | NAME, CITY & COUNTY OF BUSINESS |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

6. Occupation of parent or parents.

   _____

7. Are you currently enrolled in any class or training program either part-time or full-time?

   ( ) Yes
   ( ) No

8. Your marital status is:

   ( ) Single
   ( ) Separated
   ( ) Divorced (please indicate if single or remarried)
   ( ) Married ____ years
   ( ) Widowed

9. If married, spouse's occupation.

   _____

10. Indicate your education level:

    ( ) High School
    ( ) College
    ( ) Post-Graduate

2

11. Number of children, if any: _____

12. If your children are employed, please indicate their professions or occupations:

    _____

13. Have you ever served in the armed forces?

    ( ) Yes
    ( ) No

14. If so, what branch? _____

    What rank? _____

    What years did you serve? _____

    Did your duties include law enforcement responsibilities?  If so, please describe:

    _____

    _____

15. WITHOUT DISCLOSING THE RESULT, have you or any member of your immediate family ever served on a trial jury in a federal or state court?

    a. If criminal, state the nature of the crime involved.

    _____

    _____

16. Have you or any member of your immediate family ever been a member of or ever testified before a grand jury?

    ( ) Yes
    ( ) No

    If so, where and when? _____

    _____

17. Have you or any member of your immediate family or any of your close friends ever been involved in a criminal proceeding, either as a victim, witness, or defendant?

   ( ) Yes
   ( ) No

   If so, please describe the circumstances briefly.

   _____

18. Have you or any member of your immediate family or any close friends ever been employed by any police department or law enforcement agency or any federal or state prosecutor's office?

   ( ) Yes
   ( ) No

   If so, who and which agency:

   _____

19. Have you or any member of your immediate family, or any of your close friends ever been employed by any federal, state or local governmental agency?

   ( ) Yes
   ( ) No

   If so, who and which agency:

20. Have you ever *applied* to any federal, state or local law enforcement agency for a job?

   ( ) Yes
   ( ) No

   If *yes*, please describe the position, the agency, the time you applied and the result or status of your application:

   _____

4

21. Do you have any strong opinions about the role of criminal defense attorneys in the criminal justice system?

    ( ) Yes
    ( ) No

    If so, please explain briefly:

    _____

    _____

22. Do you have any opinion about courts or prosecuting attorneys in criminal cases that would prevent or impede your fair judgment of the evidence in this case?

    ( ) Yes
    ( ) No

    If so, please explain briefly:

    _____

    _____

23. Do you have regular medical and dental appointments which would interfere with your ability to sit as a juror?

    ( ) Yes
    ( ) No

24. Do you have any physical or mental disability which would interfere with your serving as a juror?

    ( ) Yes
    ( ) No

    If so, please explain:

    _____

    _____

25. Are you currently taking any prescription medication which in any way would prevent you from giving your full attention to the matters here at trial?

   ( ) Yes
   ( ) No

26. Do you have any form of hearing difficulty? Specifically, do you believe that your hearing difficulty, if any, will in any way impede your ability to listen to witness testimony?

   ( ) Yes
   ( ) No

27. As you have been advised, this trial may last approximately three weeks. You have also been told that there is no present expectation that you will be sequestered during the presentation of the evidence. Are you willing to sit as a juror as long as necessary to enable you to render a fair and impartial verdict?

   ( ) Yes
   ( ) No

   If no, please explain:

   _____

   _____

28. Please indicate your agreement or disagreement with the following statements:

   a. Too many guilty people escape punishment because of legal technicalities.

   Agree        Strongly Agree        Disagree        Strongly Disagree

   b. A person who is indicated is probably guilty of the crime charged.

   Agree        Strongly Agree        Disagree        Strongly Disagree

   c. The United States has the burden to prove a defendant is guilty beyond a reasonable doubt.

6

    Agree        Strongly Agree        Disagree        Strongly Disagree

   d. A defendant should have to prove that he or she is not guilty.

    Agree        Strongly Agree        Disagree        Strongly Disagree

   e. A defendant should have to testify to prove that he or she is not guilty.

    Agree        Strongly Agree        Disagree        Strongly Disagree

   f. A defendant should have to produce some evidence to prove that he or she is not guilty.

    Agree        Strongly Agree        Disagree        Strongly Disagree

   g. Sometimes people are indicted or charged with crimes that they did not intend to commit or in fact did not commit.

    Agree        Strongly Agree        Disagree        Strongly Disagree

   h. Most Lawyers or business or financial people are honest and trustworthy people.

    Agree        Strongly Agree        Disagree        Strongly Disagree

   i. With occasional exceptions, most expert witnesses provide accurate, helpful information in their presentations.

    Agree        Strongly Agree        Disagree        Strongly Disagree

   j. A person who acts openly and with transparency in his dealings with others is not normally involved in a scheme to defraud.

    Agree        Strongly Agree        Disagree        Strongly Disagree

29. Have you any opinion or feelings concerning allegations of fraud which would impede or prevent you from rendering a verdict based upon the evidence and according to the instructions of law given to you by the Court?

( ) Yes
( ) No

30. Do you know or have you ever met or heard of the defendant Louis A. Paradiso?

   ( ) Yes
   ( ) No

   If yes, please explain:

   _____

   _____

**B.   WORKPLACE EXPERIENCES**

31. Have you ever worked in any of the following work settings?

   Please check as many as apply, and specify for each one where you worked, and

   what you did.

   ____   Banking
   ____   Courts/law enforcement
   ____   Other federal/state or local government agency
   ____   Law firm
   ____   Private investigation work
   ____   Publicly traded corporation
   ____   Regulatory or oversight agency

   31a.  Please name your workplace(s) and describe your work responsibilities:

   _____

**C.   CONCLUSION**

32. If you were representing the *defendant* in this case, is there any reason why you would not want the case decided by someone with your beliefs, background or frame of mind?

   ( ) Yes
   ( ) No

   If so, please explain:

   _____

8

33. If you were representing the *United States* in this case, is there any reason why you would not want to have the case decided by someone with your beliefs, background or frame of mind?

    ( ) Yes
    ( ) No

33. Do you understand that as a matter of law in accordance with our system of justice, a defendant is not required to testify and his failure to testify must in no way be considered by you in arriving at a verdict?

    ( ) Yes
    ( ) No

34. Do you have any difficulty whatsoever in accepting as facts that there is no evidence before you at this time to suggest guilt and that therefore, until and unless evidence sufficient to establish guilt is presented, you must continue to presume that the defendant is innocent?

    ( ) Yes
    ( ) No

35. Can you think of any reason that would prevent you from being able to render a fair and impartial verdict based solely on the evidence and law as the Court will instruct at the conclusion of the case?

    ( ) Yes
    ( ) No

    If yes, please explain:

    _____

    _____

36. Have you consulted with anyone in order to complete this questionnaire?

( ) Yes
( ) No

If yes, with whom did you consult and why?

_____

_____

37. As a result of filling out this questionnaire, have you formed any opinions about his case?

( ) Yes
( ) No

If yes, what are those opinions?

_____

_____

38. Do you have any questions?

_____

_____


Juror's Name: _____
              (PLEASE PRINT)


Signature: _____


Date: _____

10