LAW OFFICE
OF
# SCOTT P. LOPEZ

24 SCHOOL STREET, 8TH FLOOR
BOSTON, MASSACHUSETTS 02108

TELEPHONE: (617) 742-5700
FACSIMILE:  (617) 742-5715

WEBSITE: www.lopezlaw.com
EMAIL: lopez@lopezlaw.com

May 5, 2006

Dennis O'Leary,
Courtroom Clerk for the
Honorable Mark L. Wolf
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: *United States v. Louis Paradiso, et al.*,
U.S. District Court, Criminal Number 04-10231-MLW

Dear Mr. O'Leary:

As you know, I represent defendant, Louis A. Paradiso, in the above referenced matter.

Pursuant to the Court's Amended Pretrial Order dated April 26, 2006, please be advised that Mr. Paradiso's present intention is to avail himself of his constitutional right to a jury trial. However, AUSA Wild and I have been attempting to negotiate a resolution to this matter and the parties are much closer to resolving this matter than we were when we last appeared before the Court. Thus, ultimately, a trial may not be necessary.

Finally, I apologize for the one-day delay in submitting this letter. I was unable to discuss my most recent conversation with Mr. Wild with Mr. Paradiso until this afternoon.

Please call me if you have any further questions.

Very truly yours,

/s/  Scott P. Lopez
Scott P. Lopez

Cc: Counsel of Record (electronically only)