
**Middlesex Cardiology**
Associates

October 5, 2006

Mr Angelo Fenno was recently hospitalized for cholecystistis by
Dr Danielson. After discharge he was admitted with severe pancreatitis.
This was complicated by pancreatic failure including new onset diabetes.
He had a prolonged hospital course and was discharged with home
Nursing twice weekly. He requires daily insulin injections, blood sugar
Monitoring at home and dietary treatment. He is also on multiple
Medications. It is clearly in his best interest to live with his son,
Especially with dealing with the diabetes, since diabetes is a complicated
Medical problem. It is clearly safer for Mr Fenno to live with his son.

Sincerely,

Lawrence J Moschitto MD

The Melrose Medical Center · 50 Rowe Street, Suite 600, Melrose, Massachusetts 02176 · Tel (781)979-3440 · Fax (781)979-0258