Form B18(Official Form 18)
(9/97)

# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts (Boston)

In Re:
Louis A. Paradiso
    1739 Revere Beach Pkwy.
    Everett, MA  02149

Case Number: 01-10637 wch

Chapter: 7

Debtor

Social Security Number:
Debtor: 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

# DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated: 12/04/01**

**BY THE COURT**

William C. Hillman
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**