TAXPAYER COPY                                   77NR
                                     Tuesday, August 1, 2006

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF REVENUE

## RELEASE OF MASSACHUSETTS TAX LIEN

You are advised that the outstanding Massachusetts tax Lien in the Office of the Secretary of State in Boston and in the following places listed below has been released from record.

| | |
|---|---|
| Responsible Person: PARADISO, LOUIS A | FID: 043-427-639    Income/SSN/1: 021-562-446 |
| Taxpayer: EARTH MANAGEMENT & EQUIPMENT CO | Income/SSN/2: |
| Address: 1739 REVERE BEACH PKY | |
| City: EVERETT    State: MA | |
| Zip: 02149- | |

**LIEN RELEASE INFORMATION**

Lien Amt Total:  $ 19,507.54                Lien DIN #:  0530-0000-5922

                    Sec of State Release:    8/1/2006

Registry Name:  MIDDLESEX COUNTY, CAMBRIDGE, MA      City/Town Name:  X

Registry Date:                                Town Date:


THOMAS C. FEYRE

Tax Examiner