## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                              )
**UNITED STATES OF AMERICA**     )
                                              )
    **v.**                                       )        CR. NO.  04-10231-MLW
                                              )
**PETER MAGGIO, et al,**            )
_____)

## MOTION FOR RECOMMENDATION
## TO BUREAU OF PRISONS BY DEFENDANT PARADISO
_____

Defendant, Louis Paradiso, by and through his attorney, Scott P. Lopez, hereby requests the Court to recommend to the Bureau of Prisons that he serves his sentence of twelve months and one day at the Federal Medical Center (FMC) Devens' Satellite Camp which, according to the Bureau of Prisons' website, houses minimum security male inmates.

In support of this recommendation, defendant states, by and through undersigned counsel, that this recommendation will allow defendant's spouse and elderly and infirm father to visit with him during his term of imprisonment.  In addition, defendant likely will require monitoring of his diagnosed chronic pain condition called Complex Regional Pain Syndrome ("CRPS"), also known as Reflex Sympathetic Dystrophy Syndrome, and FMC Devens is well-suited to provide any monitoring or treatment that may be necessary while he is serving his sentence of imprisonment.

WHEREFORE, defendant respectfully requests that the Court recommends to the Bureau of Prisons that he serves his sentence at FMC Devens' Satellite Camp.

2

        Respectfully submitted
        By Defendant,
        LOUIS PARADISO
        By his attorney

        /s/ Scott P. Lopez
        Scott P. Lopez
        Law Office of Scott P. Lopez
        24 School Street, 8th Floor
        Boston, MA  02108
        (617) 742-5700

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 4, 2006.

        /s/ Scott P. Lopez
        Scott P. Lopez