UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 04-10231-MLW |
| PETER MAGGIO, et al, | ) ) ) | |

NOTICE OF DEFENDANT LOUIS A. PARADISO'S UNTIMELY DEATH

TO THE CLERK OF THE COURT:

Please be advised that defendant, Louis A. Paradiso, died unexpectedly on January 17, 2007, and his interment was at the Woodlawn Cemetery in Everett, Massachusetts on January 22, 2007.

See Boston Globe Death Notice published January 20, 2007 attached hereto as Exhibit A.

                                      Respectfully submitted
                                      For defendant,
                                      LOUIS A. PARADISO
                                      By his attorney,

                                      /s/ Scott P. Lopez
                                      Scott P. Lopez
                                      Law Office of Scott P. Lopez
                                      24 School Street, 8th Floor
                                      Boston, MA  02108
Dated:  January 26, 2007             (617) 742-5700

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2007.

                                      /s/ Scott P. Lopez
                                      Scott P. Lopez