# EXHIBIT "A"



*View/Sign Guest Book*

## LOUIS A. PARADISO



Of East Taunton, formerly of Everett on Jan 17, age 34. Beloved husband of Renee Marie (Fernandes). Loving father of Dana. Son of Angelo Fenno & Rose Paradiso (Sacco). Also survived by many family, friends and his dog Pugsley. Funeral from the Salvatore Rocco & Sons Funeral Home, 331 Main St, EVERETT Monday, Jan 22 at 9. Funeral Mass St Anthony Church, Everett at 10. Relatives and friends invited. Visiting hours Sunday 2-4 & 6-8. Interment Woodlawn Cemetery, Everett. Rocco-Carr-Henderson Funeral Home 1-877-71-ROCCO
http://www.funeralhomes.com/

Published in the Boston Globe on 1/20/2007.
Notice • Guest Book • Flowers • Gift Shop • Charities

**Today's Boston Globe death notices**

Questions about death notices or Guest Books?
Contact Legacy.com • Terms of use

*Powered by* Legacy.com
*obituaries nationwide*

**Back**